UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CASHMAN EQUIPMENT CORP.**              **CIVIL ACTION NO. 6:10-0512**

**VS.**                                   **JUDGE TUCKER L. MELANÇON**

**INTEGRATED CONSTRUCTION,**              **MAGISTRATE JUDGE HILL**
**LLC, ET AL**

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the Magistrate Judge, *R. 78*, is correct. Accordingly, it is

**ORDERED** that the plaintiff's Motion to Enforce Settlement Agreement [Rec. Doc. 66] is **GRANTED IN PART** and **DENIED IN PART** as follows. The defendants shall remove their crane from Cashman's facility on or before November 5, 2011. The liquidated damages clause of the Settlement Agreement will not be enforced at this time. Pursuant to the Settlement Agreement, Cashman Equipment Corporation is awarded reasonable attorney's fees and costs associated with the filing of the Motion at bar.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 6th day of November, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE